Lisa Kobayashi (SBN 244999)
8031 Freeport Boulevard
Sacramento, California 95832

(916) 698-6863
(916) 665-5107 (fax)

Attorney for Defendants
BJS Pizza Sports & Brew, LLC
John Robert Clive
Bryan Takeo Corrie

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN ROBERT CLIVE, ET AL., <br><br> Defendants. | CASE NO.: 2:10-CV-01764-JAM-KJN <br><br> **ORDER** <br><br> **STIPULATED MOTION FOR AN EXTENSION OF TIME TO ANSWER COMPLAINT** |

Pursuant to the defendants' stipulated motion for an extension of time in which to respond to plaintiff's complaint, IT IS HEREBY ORDERED that defendants' deadline to file a response to the complaint is extended until December 28, 2010.  It is further ORDERED that the deadline for filing a joint status report is stayed, pending defendants' response to the complaint.

Dated: November 1, 2010         /s/ John A. Mendez
                                UNITED STATES DISTRICT COURT JUDGE

1.